ORDERED UNSEALED on 3/31/2025 s/ BreanneC

SEALED

FILED
Mar 26 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ BreanneChandler DEPUTY

FILED
APR 01 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
JOSE DE JESUS ANGUIANO,
Defendant.

MAGISTRATE CASE NO: '25 MJ1406

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 2422(b) – Coercion and Enticement of a Minor

The undersigned Complainant, being duly sworn, states:

From on or between March 12, 2024, and August 29, 2024, within the Southern District of California, and elsewhere, defendant JOSE DE JESUS ANGUIANO, used a facility and means of interstate commerce, to knowingly persuade, induce, entice, and coerce an individual, to wit: a minor female (JF2), who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Jessica R. Schick
Jessica R. Schick
Special Agent, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 25th day of March 2025.

Barbara L Major
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I am a Special Agent for the FBI. I have been employed by the FBI since January of 2009 and have served in several different support roles prior to becoming a Special Agent in 2017. I am currently on San Diego Field Office's Violent Crimes Against Children/Human Trafficking squad and have been assigned to the San Diego Human Trafficking Task Force (SDHTTF) since 2017. As a member of the SDHTTF, I investigate crimes concerning child exploitation and human trafficking. I also serve as a Behavioral Analysis Coordinator for the San Diego Field Office. Prior to working for the FBI, I worked for the National Center for Missing and Exploited Children (NCMEC).

*Introduction*

On [redacted], San Diego Police Department (SDPD) responded to a radio call of a male who had been carjacked on [redacted] in San Diego, California. Upon SDPD's arrival, they spoke to the male victim, JOSE DE JESUS ANGUIANO, who said he met a female, only known to him as [redacted] on Snapchat approximately four years ago. ANGUIANO thought she was cute and tried to pursue her romantically. Law enforcement later identified the [redacted] as a 17-year-old minor female (hereinafter "JF1").[1] ANGUIANO said JF1 "disappeared" from social media for an unknown amount of time and reemerged last year. ANGUIANO said his communications with JF1 moved from Snapchat to Instagram when he began talking with her again. ANGUIANO claimed he only met JF1 two other times prior to the day of the carjacking. He also claimed there was no prior sexual interaction between him and JF1.

ANGUIANO explained to SDPD that he had arranged to meet JF1 for a "date[2]" that day, around 7:00 p.m., at a pre-arranged location in San Diego. As discovered later from the search of ANGUIANO's cell phone, the following conversation occurred between ANGUIANO and JF1 on August 29, 2024:[3]

---

[1] Based on ANGUIANO's statement to officers, JF1 would have been approximately 13 years old when he first met her.

[2] "Date" is a term commonly used to describe a prostitution transaction.

[3] ANGUIANO used his Instagram handle: "Oneeyepyramid" to communicate with JF1.

ANGUIANO 8:00:45 PM: Almost there

JF1 8:03:13 PM: okk

ANGUIANO 8:04:15 PM: Forgot my weed. That's why I had to turn around in case you wanted to smoke. That was the reason why I took forever. I'm totally sorry but I'm about to be there right now. Same car all black.

JF1 08:08:06 PM: Ok

ANGUIANO 08:09:02 PM: I need a haircut so don't judge me

ANGUIANO 08:09:08 PM: But I'm fresh out the shower and I smell good

JF1 08:09:08 PM: I ain't baby

ANGUIANO 08:13:43 PM: 2 minutes away

ANGUIANO 08:14:32 PM: If you want you can be outside. I will be pulling up. Look for me

ANGUIANO 08:15:32 PM: I'm here

JF1 08:16:02 PM: send pic

JF1 08:16:15 PM: I'm in the back baby

ANGUIANO 08:16:28 PM: All right, let me go in the back

JF1 08:16:49 PM: kk

At 8:17:04 PM ANGUIANO sent JF1 a photo which Investigators were unable to view[4]. There were four notifications following that photo that showed JF1 starting an audio call and ANGUIANO missing it (two attempts, two missed calls). The last notification for a missed call was at 8:21:29 PM.

When ANGUIANO arrived at the predetermined location, he was coaxed out of the vehicle by JF1 and ambushed by an unknown male. The male put a gun to ANGUIANO's head and demanded his property. While ANGUIANO was being distracted by the unknown male, JF1 got into his vehicle and proceeded to drive away. ANGUIANO got into a physical fight with the unknown male that resulted in the two of them going to the ground. During

---

[4] DAI VandenBerg noted in the report it appeared as if the original Cellebrite download did not contain all of the digital content from the device.

the struggle, the firearm discharged into a nearby building. ANGUIANO was able to wrestle the gun away from the unknown male who ultimately fled on foot.

Officers located the stolen vehicle at approximately 9:12 p.m. and transported ANGUIANO to the location to conduct a curbside lineup. While he was transported to the curbside lineup, ANGUIANO admitted he thought JF1 was "cute", and he might have gotten a kiss for the time he invested with her. At the lineup, ANGUIANO positively identified JF1, aka [redacted] as the female suspect who met him in the alley and took his car.

Officers recovered JF1's cell phone and two additional cell phones from inside ANGUIANO's vehicle. ANGUIANO later told SDPD that these two additional cell phones belonged to him. ANGUIANO consented to the search of both of his cell phones and provided the appropriate passcodes to SDPD to unlock them. ANGUIANO also later admitted to SDPD that he had contacted JF1 via Instagram with the intent to pay her for sex. ANGUIANO claimed he believed JF1 was 25 years old.

*Evidence Obtained from ANGUIANO's Cell Phones Concerning Prostitution*

According to searches of ANGUIANO's cell phones, investigators uncovered a substantial number of conversations dating back to November 2021 where ANGUIANO was soliciting sex in exchange for money. Based upon my training and experience, ANGUIANO received several responses to his inquiries that were indicative of his solicitation of others for prostitution, such as: "$80 car date" and "$100 no condom." In addition, investigators found multiple social media chats (i.e., Instagram and Snapchat) whereby ANGUIANO solicited others for prostitution through websites such as "escortalligator.com" and "ListCrawler[5]."

//

//

//

//

---

[5] Based upon my training and experience, Escortalligator.com and ListCrawler are both websites known for advertising commercial sex.

*Evidence from ANGUIANO's Cell Phones Concerning JF2*

According to searches of ANGUIANO's cell phones, investigators uncovered messages between ANGUIANO and a 14-year-old female (hereafter "JF2"). As the conversations unfolded (over the course of several months in 2024), ANGUIANO repeatedly solicited "JF2" for sex in exchange for money and/or goods. For example, during a conversation that took place on August 8, 2024, "JF2" confronted ANGUIANO about his age and expressed that she was angry with him. [redacted] JF2 called ANGUIANO a "grown fuckin man" and typed that she was "a lil ass girl". ANGUIANO begged "JF2" to have sex with him again, to which she typed "IM 14". The conversation continued and ANGUIANO blatantly admitted to having sex with her (a direct quote: "You're 14 and you had sex with me" 08-08-24 at 0941 hours), in spite of her age, and continued to proposition her with money, drugs and/or food.

Based upon social media records, a District Attorney's Office investigator located a conversation between ANGUIANO and JF2 dating back to March 12, 2024. During this conversation, ANGUIANO told JF2 that she was "very very pretty" and he asked her questions, including: "Would you do anything for money?" On March 13, 2024, ANGUIANO contacted JF2 and made sexual advances towards her. ANGUIANO asked her whether "anybody giving you head before…I'll take you shopping. Buy you some sexy underwear…Can I give you some head?....Until you cum in my mouth". Conversations between ANGUIANO and JF2 continued through March 16, 2024, including discussions about smoking marijuana (weed).

[redacted]

[redacted]:[6]

[redacted]

*Statements Obtained from JF2 regarding ANGUIANO*

Through investigative techniques, law enforcement identified JF2 as a [redacted] student in San Diego, California. According to statements obtained from JF2, she was familiar with the Instagram username "oneeyepyramid" (which had been linked to ANGUIANO). JF2 said the person using that handle used the name "Jose" and she believed he was Mexican. JF2 referred to him as her "plug" and said he reached out to her on Instagram in the Spring of 2024, [redacted] He asked JF2 whether she wanted to buy "weed" from him. JF2 believed he knew she was young because of the material posted to her highlights on Instagram.

JF2 recalled an incident where she agreed to meet with "Jose" to purchase "weed" from him. [redacted] At approximately

---

[6] Based on my training and experience, and my discussion with other law enforcement officers, the term "plug" refers to a drug dealer.

10:00 p.m., they met on the street[7]. He appeared to JF2 to be a grown man, approximately 6 feet tall, fat, with shaved hair, and scruffy facial hair. That night, he was dressed in black. According to JF2, he drove a small black car and was standing outside of it with the back door open. [redacted]

[redacted]

[redacted]

[redacted] As discussed above from the search of ANGUIANO's cell phones, ANGUIANO was begging and being desperate by offering to pay JF2 to have sex with him again. JF2 blocked him, but he created another account and tried to reach out to her on that. JF2 said she kept quiet about the incident and did not tell her mom what happened because she was already in

---

[7] JF2 used the map feature on an investigator's phone to show investigators the approximate location of the incident.

[8] "Finished" is a term commonly used for ejaculation.

trouble for the weed. JF2 did not want to get in trouble again. She also informed investigators she deleted the messages between her and "Jose."

According to JF2, a "random girl" (minor female, hereinafter JF3") sent JF2 a text message asking JF2 whether JF2 knew who he was and showed JF2 messages in which he said he would pay the "random girl" and that he wanted to take her virginity. The "random girl" told JF2 that she reported him to the police.[9]

According to JF2, that was not the first time someone had texted JF2 about him. One of JF2's friends also told JF2 about him. JF2 stated her friend was 14-years-old, but looks like she is 17-year-old.

During a subsequent interview, JF2 was shown screenshots of conversations obtained from ANGUIANO's phone as well as the Instagram returns. JF2 identified her conversations and conversations sent to her by others. One such screenshot that JF2 confirmed receiving from another female is excerpted below.




[9] Investigators were unable to find the referenced reporting.