# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSE DE JESUS ANGUIANO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-CR-1293-BJC<br><br>**ORDER GRANTING MOTION TO ALLOW DR. LOEBENSTEIN TO ENTER DETENTION FACILITY** |

The Court hereby orders that Dr. Abraham Loebenstein, and his equipment, be allowed into Core Civic in San Diego, CA, or any other facility where the Defendant is housed, to conduct an IQ and neuro-psychological examination.

The Court further orders that Dr. Loebenstein be given access to medical, forensic, and psychological files at Core Civic or any other facility where Defendant is housed.

The Court further orders that any representative of Core Civic, any facility where the Defendant is housed, is not allowed to contact or reveal any information regarding this matter to any third party

**IT IS SO ORDERED**.

DATE: 6/24/2025

Beyon Cheeks

HON. BENJAMIN J. CHEEKS
UNITED STATES DISTRICT JUDGE