ADAM GORDON
United States Attorney
Derek Ko
Assistant U.S. Attorney
Florida Bar No. 84398
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7680
E-mail: derek.ko@usdoj.gov

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOSE DE JESUS ANGUIANO,<br>Defendant. | Case No.: 25-cr-1293-BJC<br><br>RULE 16.1 DISCLOSURE |

The United States hereby files the Rule 16.1 disclosure.

**I**

**STATEMENT OF THE CASE**

On April 22, 2025, Jose De Jesus Anguiano was charged by information with one count of Coercion and Enticement of a Minor in violation of Title 18, United States Code, Section 2422. [Dkt. Nos. 18, 21.] Defendant was arraigned on the indictment on April 22, 2025. [Dkt. No. 21.]

**II**

**STATEMENT OF FACTS**

The United States incorporates by reference the Probable Cause Statement filed with the Criminal Complaint as its statement of facts. [Dkt. No. 11.]

## III

## DISCOVERY DISCLOSURE

Beginning on or about April 21, 2025 and continuing through the date of this pleading, the parties have conferred pursuant to F.R.Crim.P. 16.1 regarding a timetable and procedures for pretrial disclosure under Rule 16.

### A. Completed Productions

To date, the United States has produced two rounds of discovery. The first production included, but was not limited to, biographical information for Mr. De Jesus Anguiano, warrants, San Diego Police Department reports, District Attorney's Office Investigator reports, victim interview information, San Diego Human Trafficking Task Force reports, and consent forms.

The second production included, but was not limited to, the post-arrest statement, warrants, arrest reports, San Diego Human Trafficking Task Force reports, and the victim interview (made available for inspection only).

### B. Pending Productions

The parties are aware of the following outstanding items: additional serials and their associated attachments, the contents of a USB drive containing two cell phone extractions obtained from cell phones belonging to Mr. De Jesus Anguiano, and the contents of social media accounts obtained from third-party service providers. The status of each of the above items will be addressed in turn below.

The United States is in the process of reviewing the additional serials and attachments for the necessary redactions as well as to determine the appropriate methods of production for safeguarding the minor victims' information and rights, pursuant to Title 18, United States Code, Sections 3509 and 3771.

Investigators have reviewed the contents of the USB driving containing Mr. De Jesus Anguiano's cell phone extractions and produced a report. Selected materials from the cell phone extractions will be tendered in discovery. And the

contents of the drive will be made available for inspection by Mr. De Jesus Anguiano.

The United States in the process of obtaining the social media account contents from a law enforcement partner agency. The analysis of the contents of the social media accounts utilized by one of the minor victim will be conducted, after which the contents will be made available for inspection, subject to the necessary and appropriate safeguards for the minor victim's information and rights pursuant to Title 18, United States Code, Sections 3509 and 3771.

**C. Defense Productions**

Mr. De Jesus Anguiano has notified the United States and the Court that he has commissioned a psychological expert for IQ and neuro-psychological examinations. At this time, it is expected that the expert's reports regarding those examinations will be furnished as reciprocal discovery for mitigation purposes.

DATED: June 25, 2025.

Respectfully submitted,

ADAM GORDON
United States Attorney

/s/ *Derek Ko*
Derek Ko
Lyndzie Carter
Assistant U. S. Attorneys