**SENTENCING SUMMARY CHART**
[ ✓ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
**Sentencing Date:** August 31, 2026

USPO ☐
AUSA ☑
DEF ☐

Defendant's Name: Jose De Jesus Anguiano Docket No.: 25-CR-01293-BJC

Attorney's Name: Lyndzie M. Carter/ Derek Ko Phone No.: (619)546-7680/8780

Guideline Manual Used: November 1, 2025 Agree with USPO Calc.: Yes

Base Offense Levels: (Drug Quantity if Applicable:) USSG § 2G1.3(a)(3), Coercion and Enticement of a Minor — 28

Specific Offense Characteristics: USSG § 2G1.3(b)(3), Use of Computer — +2
USSG § 2G1.3(b)(4)(A), Sex act/Sexual contact — +2

Victim Related Adjustment: ____

Adjustment for Role in the Offense: ____

Adjustment for Obstruction of Justice: ____

Adjustment for Reckless Endangerment During Flight: ____

Adjusted Offense Level: — 32
(☐ Combined (Mult. Counts) ☐ Career Off. ☐ Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [ ☑ Gov. Motion Under USSG § 3E1.1(b)] — -3

Total Offense Level: — 29

Criminal History Score: — 0

Criminal History Category: — I
(☐ Career Offender ☐ Armed Career Criminal)

Guideline Range: from 120 mths to 120 mths
(Range limited by: ☑ minimum mand. ☐ statutory maximum

Departures:
USSG § 3553(a), Upward Variance for Uncharged Conduct — +4

Resulting Guideline Range: Adjusted Offense Level 33 from 135 mths to 168 mths

**RECOMMENDATIONS:** 168 months, 10 years Supervised Release

The Government recommends 168 months, followed by 10 years' supervised release. No additional assessments pursuant to 18 U.S.C. § 3663A.