ADAM GORDON
United States Attorney
LYNDZIE M. CARTER
Assistant U.S. Attorney
Kansas Bar No. 25773
DEREK KO
Assistant U.S. Attorney
Florida Bar No. 83498
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-8780/7680
Lyndzie.Carter@usdoj.gov
Derek.Ko@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE DE JESUS ANGUIANO,<br>Defendant. | Case No. 25-CR-01293-BJC<br><br>UNITED STATES' SENTENCING MEMORANDUM<br><br>Sentencing Date: August 31, 2026<br>Time: 10:00 a.m. |

The United States recommends that Defendant, Jose De Jesus Anguiano, be sentenced to 168 months in custody followed by ten years of supervised release.

**A. <u>Offense Conduct and Relevant Conduct</u>**

The Presentence Report (PSR) accurately details the crimes of the Defendant, which included coercing or attempting to coerce at least four children—between the ages of 13 and 17 years old—to exchange sex with him for money, marijuana or alcohol. The Defendant knowingly sought out minors for sex, and was undeterred when confronted about their age, explicitly declaring, "You're 14 and you had sex with me," and responding to one victim who said, "buddy im a minor," with "I'll pay" and "I know I've never been with a minor." The United States submits to the Court that paragraphs 3-18 of the PSR adequately detail the activities and the investigation of the Defendant in his attempted

coercion and enticement of multiple minors and the forcible rape of JF2, and that paragraphs 13-14 of the PSR detail the harm caused to JF2.

*1. Defendant's Coercion and Enticement of JF2*

Defendant brazenly sought after minors for sex, offering money, shopping, "sexy" underwear, marijuana and alcohol.

For example, in the below message threads, Defendant asks JF2 if she wants to make money in exchange of sex acts. JF2 confronts Defendant about him reaching out to her friends and trying to "do stuff to them." JF2 warns that her friends will "snitch." Undeterred, Defendant suggests that JF2 give him oral copulation:

| | | |
|---|---|---|
| ANGUIANO | [redacted] | You want to make some money today or do you just want to smoke and hang out? |
| [redacted] | ANGUIANO | No Bru I ain't doin shi for shi u offered like |
| [redacted] | ANGUIANO | Yk that's hella wrong too |
| [redacted] | ANGUIANO | N btw ik u trying to text my friends tryna do stuff to them |
| ANGUIANO | [redacted] | Do you want to get something to eat and smoke instead? |
| ANGUIANO | [redacted] | If you need me I got you |
| ANGUIANO | [redacted] | Do you want to get something to eat and smoke instead? |
| [redacted] | ANGUIANO | Nah I just need a cart |
| ANGUIANO | [redacted] | You left me 😭 |
| [redacted] | ANGUIANO | And?? |
| [redacted] | ANGUIANO | Like |
| [redacted] | ANGUIANO | They are not like me they will dead ass snitch on ur ass |
| ANGUIANO | [redacted] | You can give me head |

Next, JF2 again warns Defendant that she is convincing her friends not to report him to the police and asks if he would rather be in jail:

| | | |
|---|---|---|
| [redacted] | ANGUIANO | Why Bru |
| ANGUIANO | [redacted] | If you want to give me another chance I'm down for you |
| ANGUIANO | [redacted] | I like you |
| [redacted] | ANGUIANO | No I js need like 20$ or a cart but lowkey I did something for u already but wtv |
| [redacted] | ANGUIANO | Those girls u texted they asked me abt u n they were tryna report u |
| [redacted] | ANGUIANO | But I convince them to not |
| [redacted] | ANGUIANO | So nigga |
| [redacted] | ANGUIANO | Would u rather be in jail or nah cs if anything they can still if I say sum but I won't if I js sum |
| [redacted] | ANGUIANO | Get |
| ANGUIANO | [redacted] | It's up to you. I want to see you 💰 |
| [redacted] | ANGUIANO | Nigga js gimme a cart |
| [redacted] | ANGUIANO | N I won't say shi |

Again, undetermined, Defendant continues to discuss money and giving JF2 a carton of cigarettes if she lets him "do things" to her:

| | | |
|---|---|---|
| ANGUIANO | [redacted] | I gave you $40 |
| ANGUIANO | [redacted] | N I won't say shi |
| [redacted] | ANGUIANO | Okayy but I had to deal with u even after |
| ANGUIANO | [redacted] | For your sweats just cause |
| ANGUIANO | [redacted] | No, you didn't |
| ANGUIANO | [redacted] | We didn't hang out. What are you talking about? |
| [redacted] | ANGUIANO | I will say sum bro |
| ANGUIANO | [redacted] | Do you want to see me still? Yes or no? |
| [redacted] | ANGUIANO | Nigga I saved ur ass |
| ANGUIANO | [redacted] | Because I'll still spoil you |
| ANGUIANO | [redacted] | Because I'll still spoil you |
| ANGUIANO | [redacted] | And I'll still give you money if you let me do things |
| [redacted] | ANGUIANO | Nigga I fuckinb saved ur ass don't even bro after this frl ima boy talk to y |
| [redacted] | ANGUIANO | Not |
| ANGUIANO | [redacted] | Okay, I'll get you a cart |

Defendant continues to offer money, gift cards or anything else:

| | | |
|---|---|---|
| ANGUIANO | [redacted] | But do you want to make money or anything else? |
| [redacted] | ANGUIANO | No just a cart |
| ANGUIANO | [redacted] | So do you want to do anything when you're off your. And I'll have $50 and two cards |
| [redacted] | ANGUIANO | No |
| ANGUIANO | [redacted] | You don't want to do anything with me no more??? |
| ANGUIANO | [redacted] | Even if I give you money |
| ANGUIANO | [redacted] | Even if I give you money |
| ANGUIANO | [redacted] | $50<br>$100 |
| [redacted] | ANGUIANO | It literally depends how I feel like bro |
| [redacted] | ANGUIANO | So stop just get the cart n come cs frl they was tryna report u hella bro |

JF2 continues to confront Defendant about her age, to which the Defendant doubles down with, "I'll pay" and a request to have "sex once a week."

| | | |
|---|---|---|
| [redacted] | ANGUIANO | They posted u on they story sayin shi |
| [redacted] | ANGUIANO | Bro |
| [redacted] | ANGUIANO | I stoped it tho |
| ANGUIANO | [redacted] | Don't worry, my account has everything fake on it. Address everything |
| [redacted] | ANGUIANO | Nah bro |
| [redacted] | ANGUIANO | Come bro lemme get a cart cs ion got shi to smoke n they was texting me hella yesterday abt reporting u |
| [redacted] | ANGUIANO | I said nahh just don't do nun |
| ANGUIANO | [redacted] | I want it $50 when your in a better mood 😍 |
| [redacted] | ANGUIANO | Ur a grown man |
| ANGUIANO | [redacted] | I'm off work 10 pm |
| [redacted] | ANGUIANO | I'm a lil ass girl bro |
| ANGUIANO | [redacted] | I'll pay to |
| ANGUIANO | [redacted] | Tho |
| ANGUIANO | [redacted] | Tho |
| ANGUIANO | [redacted] | We did it already |
| [redacted] | ANGUIANO | BUT I'm a lil ass girl nigga |
| ANGUIANO | [redacted] | I just want to have sex once a week. I'll be you |

| | | |
|---|---|---|
| [redacted] | ANGUIANO | Fuck no nigga |
| [redacted] | ANGUIANO | Ur a grown fuckin man |
| ANGUIANO | [redacted] | Please give me more 💰💰💰💰💰💰💰 |
| [redacted] | ANGUIANO | Ur like 39 |
| ANGUIANO | [redacted] | 34 |
| [redacted] | ANGUIANO | I did the math |
| ANGUIANO | [redacted] | 34 silly |
| [redacted] | ANGUIANO | If u was 20 in 2001 it means ur 40 or 39 |
| ANGUIANO | [redacted] | Okay well I'll hit you up when I'm on my way when I get off work |
| ANGUIANO | [redacted] | Okay well I'll hit you up when I'm on my way when I get off work |
| ANGUIANO | [redacted] | It's not my real account so I had to use different |
| ANGUIANO | [redacted] | Date |

JF2 could not have been more explicit in the fact that she was a minor. Defendant simply didn't care:

| | | |
|---|---|---|
| ANGUIANO | [redacted] | But if you ever need money and cards I can do both Give it to me |
| [redacted] | ANGUIANO | No you told me that |
| ANGUIANO | [redacted] | I'm not that old. What the heck? |
| [redacted] | ANGUIANO | U told me that tho |
| [redacted] | ANGUIANO | U told me u was 20 in 2001 |
| [redacted] | ANGUIANO | When 9/11 happened |
| ANGUIANO | [redacted] | I don't remember exactly but yes |
| ANGUIANO | [redacted] | Give me another chance. We don't have to have sex all the time |
| [redacted] | ANGUIANO | IM 14 |
| ANGUIANO | [redacted] | IM 14 |
| ANGUIANO | [redacted] | I'll drop off your cart when I get off work |
| [redacted] | ANGUIANO | Ok |
| ANGUIANO | [redacted] | You're 14 and you had sex with me |
| ANGUIANO | [redacted] | Whenever you're in a better mood, I'll give you money and carts for some sex |
| [redacted] | ANGUIANO | U made me lowkey |
| [redacted] | ANGUIANO | Peer pressure nigga |
| ANGUIANO | [redacted] | You said you'll do it for money so if you still want to I got you |
| ANGUIANO | [redacted] | $50 but you're on your period |
| [redacted] | ANGUIANO | After all I'm still fuckinb depressed as shiy tho |

The boldness and immediate escalation of Defendant's actions cannot be overstated. It is every parent's worst nightmare.

2. *Defendant's Own Documentation of JF2's Age*

In the course of the investigation, and in the review of the cellphone evidence, investigators found that Defendant had documented in his cellphone calendar the first time he had sex with JF2, to include her correct first name and her correct date of birth, following by the note, "14 birthday."

- 07/14/2024 First time with [redacted]
- [redacted]2023 14 birthday

3. *Defendant's Attempted Commercial Sex with JF1*

The impetus for investigators discovering Defendant's crimes against JF2 and other minors was when JF1's pimp carjacked Defendant and Defendant, playing the card of the victim, called the police. Defendant wanted JF1 and her trafficker arrested for their carjacking of his vehicle despite the fact that Defendant had been communicating with JF1 since she was 13 years old (and clearly would have known that she was a minor) and had later admitted that his intent was to pay her for sex.

4. *Defendant's Attempted Coercion & Enticement of JF3*

A brave then-13-year-old female (JF3) flagged down a San Diego police officer on April 28, 2022, and reported that she had been messaging with an adult male on Instagram (with the same Instagram handle as discovered with the other minors), and that the male wanted to meet her for sex at a convenience store. JF3 and a friend showed up at the location and secretly took a photograph of Defendant's black Acura with tinted windows and license plate 7MXV475 (the same vehicle and license plate that was carjacked from the Defendant in the JF1 incident).




*(Photo taken by JF3)*




*(Photo of Defendant's vehicle from JF1 incident)*

Law enforcement was able to obtain a copy of all the direct messages between JF3 and Defendant wherein Defendant offers to buy JF3 alcohol and weed, and to pay $100 to $200 for sex with her.

//

//

//

//

//

//

//

//

//

Defendant's messages with JF3, again, are explicit that he was talking to a minor:







//

//

//

//

//

//

//

//

//

//







While Defendant was using the same Instagram handle and vehicle, to completely remove any doubt, he also sent a photograph of himself along with the weed and money he would pay JF3 for sex:

//

//

//

//

//

//

//







This wasn't just talk, this was action. The messages further confirm that Defendant showed up at the planned meeting spot as he discovered JF3 was meeting with law enforcement at the time, took a picture of her behind the police vehicle and texted it to her. And it was similar to the pattern he used to put himself in the position to forcibly rape JF2. It is also important to note that his attempted coercion and enticement of JF3 occurred on April 28, 2022. This did not deter him from attempting to coerce and entice JF4 on January 25, 2024, victimizing JF2 in August 2024, or attempting to pay for sex of JF1 on August 29, 2024. He was undeterred.




5. *Defendant's Attempted Coercion and Enticement of JF4*

In messages captured between Defendant and JF4, again Defendant offers weed to a minor female he knows is in high school:

//

//

//

//

//

//

| | | |
|---|---|---|
| ANGUIANO | [redacted] | Do you want to split a burrito |
| ANGUIANO | [redacted] | I'm just low on cash today but I got weed on me. I'll give you a blunt to go to take with you |
| ANGUIANO | [redacted] | So how long until you get here in La Mesa? |
| [redacted] | ANGUIANO | yes i do want a split burrito |
| [redacted] | ANGUIANO | i am in la mesa |
| [redacted] | ANGUIANO | can u get me |
| ANGUIANO | [redacted] | Where exactly are you? |
| [redacted] | ANGUIANO | grossmont high school |
| ANGUIANO | [redacted] | Are you ready to leave the second or by the time I get there it would be 4:25 |

Then Defendant asks if JF4 and her sister have run away, offering to pick them up (after Defendant picks up his daughter), and weed in exchange for sex.

| | | |
|---|---|---|
| ANGUIANO | [redacted] | Did you guys both run away or something |
| [redacted] | ANGUIANO | no we just don't like home |
| ANGUIANO | [redacted] | no we just don't like home |
| ANGUIANO | [redacted] | I understand I've been there done that |
| ANGUIANO | [redacted] | Maybe I'll pick you and your sister up and go get some taco shop or something I have to pick up my daughter at 3:00 p.m. |
| [redacted] | ANGUIANO | okay lmk cause we are starving |
| ANGUIANO | [redacted] | If I give you 14 g and your sister 14 g can I do you both |
| ANGUIANO | [redacted] | I'm actually waiting for a phone call for my insurance |

There is no ambiguity in what Defendant means, as he clarifies that he is looking to have a "threesome with [JF4] and [her] sister."

6. *Defendant's Prolific Commercial Sex Activity*

Additionally, several chats of the Defendant's were discovered containing several terms and phrases related to commercial sex activity, such as "incall," "car date," "qv [quick visit]," "hh [half hour]." There were multiple conversations requesting "regular" and no condom usage, commercial sex act advertisements, prices, services, and location for "dates." The conversations also included discussion about making money and about the exchanging of drugs for sex acts. In one deleted conversation with a minor, the minor mentions school twice and Defendant asks, "should I bring a blunt so it doesn't hurt."

7. *Defendant's CashApp Account Transaction with Sponsored Accounts*

Between December 2022 and March 2024, Defendant is suspected to have sent funds to minors using "sponsored" accounts—accounts which require users who are 13 years old up to 18 years old to have a "sponsor" adult for them to use the account. Investigators identified approximately five accounts.

| | | |
|---|---|---|
| [redacted] | ANGUIANO | no she's not doing nothing. she won't do ts no more idky |
| | ANGUIANO | just me |
| ANGUIANO | [redacted] | My insurance is $75 but I was charged like $120 and I was wondering why I can't see my policy so I'm just here trying to figure |
| ANGUIANO | [redacted] | She won't do it for money either |
| [redacted] | ANGUIANO | nope. i gotchu. |
| ANGUIANO | [redacted] | nope. i gotchu. |
| ANGUIANO | [redacted] | I wanted to do a threesome with you and your sister but I guess she doesn't do it that anymore |

The below CashApp transactions highlighted in yellow are a sample of the sponsored accounts, many of which are accompanied by transaction notes that indicate commercial sex with minors:

| | | | |
|---|---|---|---|
| 2023-08-02 07:55:22 UTC | PAID_OUT | USD 1.00 | I wanna fuck car date 6199435539 |
| 2023-08-02 07:04:35 UTC | PAID_OUT | USD 1.00 | spend the night half ounce 6199435539 unblock IG |
| 2023-08-02 05:06:33 UTC | PAID_OUT | USD 1.00 | Sunday stay with me give u half OZ 6199435539 |
| 2023-08-02 02:58:44 UTC | PAID_OUT | USD 1.00 | have ounce of OG spend the night Sunday 6199435539 |
| 2023-08-01 16:59:05 UTC | PAID_OUT | USD 20.00 | |
| 2023-08-01 16:48:12 UTC | PAID_OUT | USD 20.00 | |
| 2023-08-01 07:14:46 UTC | PAID_OUT | USD 10.00 | |
| 2023-08-01 01:58:50 UTC | DECLINED | USD 1.00 | when can you spend the night |
| 2023-08-01 00:36:31 UTC | PAID_OUT | USD 10.00 | and$20 later on ty |
| 2023-07-31 23:10:47 UTC | PAID_OUT | USD 20.00 | |
| 2023-07-31 17:22:48 UTC | PAID_OUT | USD 5.00 | thanks |
| 2023-07-31 07:04:09 UTC | PAID_OUT | USD 1.00 | car date |
| 2023-07-31 07:01:40 UTC | PAID_OUT | USD 1.00 | I wanna do anal back seat |
| 2023-07-31 05:38:35 UTC | PAID_OUT | USD 1.00 | |
| 2023-07-31 05:33:59 UTC | PAID_OUT | USD 1.00 | car date 619-943-5539 |
| 2023-07-31 04:51:05 UTC | PAID_OUT | USD 5.00 | |
| 2023-07-31 03:54:10 UTC | PAID_OUT | USD 1.00 | |
| 2023-07-30 06:41:32 UTC | PAID_OUT | USD 1.00 | spend the night lmk tomorrow |
| 2023-07-29 09:41:41 UTC | PAID_OUT | USD 1.00 | |
| 2023-07-27 00:51:59 UTC | PAID_OUT | USD 20.00 | |
| 2023-07-26 15:36:21 UTC | BILL_GETTER_REFUSED | USD 15.00 | send an I'll reply |
| 2023-07-26 06:22:46 UTC | PAID_OUT | USD 1.00 | I wanna fuck |
| 2023-07-24 23:56:27 UTC | PAID_OUT | USD 60.00 | |

//

//

//

//

//

//

| | | | |
|---|---|---|---|
| 2023-09-02 16:30:31 UTC | PAID_OUT | USD 50.00 | do you really love me? |
| 2023-09-01 16:16:48 UTC | PAID_OUT | USD 45.00 | |
| 2023-09-01 16:12:32 UTC | PAID_OUT | USD 5.00 | |
| 2023-08-30 06:19:54 UTC | PAID_OUT | USD 20.00 | |
| 2023-08-30 06:00:13 UTC | EXPIRED_WAITING_ON_SENDER | USD 50.00 | car date |
| 2023-08-27 03:10:25 UTC | BILL_INITIATOR_RETRACT | USD 50.00 | wanna smoke and link up |
| 2023-08-27 03:09:43 UTC | BILL_INITIATOR_RETRACT | USD 50.00 | wanna see me |
| 2023-08-24 16:46:49 UTC | PAID_OUT | USD 1.00 | you hate me |
| 2023-08-23 08:07:49 UTC | PAID_OUT | USD 1.00 | sex$100 every time $100 |
| 2023-08-20 20:57:48 UTC | PAID_OUT | USD 10.00 | I got you |
| 2023-08-20 20:21:21 UTC | BILL_GETTER_REFUSED | USD 25.00 | |
| 2023-08-20 15:16:53 UTC | PAID_OUT | USD 1.00 | hmu 💰 619 9435539 Jose you need a ride home |
| 2023-08-17 06:02:42 UTC | PAID_OUT | USD 1.00 | 6199435539 wanna smoke |
| 2023-08-15 04:20:21 UTC | PAID_OUT | USD 50.00 | |
| 2023-08-12 09:32:45 UTC | PAID_OUT | USD 50.00 | |
| 2023-08-10 21:24:42 UTC | PAID_OUT | USD 5.00 | |
| 2023-08-10 02:03:58 UTC | PAID_OUT | USD 1.00 | fuck and smoke 💰 6199435539 |
| 2023-08-09 06:42:35 UTC | PAID_OUT | USD 1.00 | car date 619 9435539 I got shit |
| 2023-08-09 06:39:01 UTC | PAID_OUT | USD 1.00 | car date 6199435539 and smoke |
| 2023-08-07 03:13:19 UTC | PAID_OUT | USD 1.00 | gold earrings spend the night 6199435539 |
| 2023-08-05 12:21:58 UTC | PAID_OUT | USD 1.00 | $100 car date |
| 2023-08-05 12:21:32 UTC | PAID_OUT | USD 1.00 | half ounce spend the night 6199435539 |
| 2023-08-03 08:37:28 UTC | PAID_OUT | USD 1.00 | 619 9435539 spend the night. half ounce of OG |
| 2023-08-03 03:24:57 UTC | PAID_OUT | USD 5.00 | send it |
| 2023-08-02 16:46:43 UTC | PAID_OUT | USD 50.00 | |

| | | | |
|---|---|---|---|
| 2023-12-20 08:07:16 UTC | PAID_OUT | USD 1.00 | I got a phone for you 619 9435539 |
| 2023-12-20 07:48:09 UTC | PAID_OUT | USD 1.00 | miss you |
| 2023-12-19 03:44:42 UTC | PAID_OUT | USD 1.00 | $100 sex in my car |
| 2023-12-17 20:33:20 UTC | PAID_OUT | USD 5.00 | |
| 2023-12-17 17:22:48 UTC | PAID_OUT | USD 1.00 | miss you $50 |
| 2023-12-16 02:20:06 UTC | PAID_OUT | USD 5.00 | accidentally erased video wish I can do more |
| 2023-12-15 00:57:09 UTC | PAID_OUT | USD 1.00 | I wanna see you $100 |
| 2023-12-14 23:09:14 UTC | PAID_OUT | USD 10.00 | |
| 2023-12-14 22:53:21 UTC | EXPIRED_WAITING_ON_SENDER | USD 20.00 | |
| 2023-12-14 22:43:45 UTC | EXPIRED_WAITING_ON_SENDER | USD 10.00 | I'm still single |
| 2023-12-13 09:32:12 UTC | PAID_OUT | USD 3.00 | was watching old video of you BJ i miss u |
| 2023-12-12 13:49:42 UTC | PAID_OUT | USD 20.00 | |
| 2023-12-12 07:04:10 UTC | EXPIRED_WAITING_ON_SENDER | USD 35.00 | |
| 2023-12-12 06:25:17 UTC | PAID_OUT | USD 1.00 | miss you |
| 2023-12-12 03:25:23 UTC | PAID_OUT | USD 1.00 | I wanna fuck $100 car fun |
| 2023-12-12 00:48:52 UTC | BILL_INITIATOR_RETRACT | USD 100.00 | 😘😘👅 |
| 2023-12-11 19:58:29 UTC | EXPIRED_WAITING_ON_SENDER | USD 60.00 | what you owe me |
| 2023-12-11 02:13:24 UTC | PAID_OUT | USD 1.00 | |
| 2023-12-09 15:07:37 UTC | PAID_OUT | USD 1.00 | link $50 |
| 2023-12-08 03:09:17 UTC | SPONSORSHIP_REQUESTED | USD 1.00 | wanna fuck and smoke |
| 2023-12-06 17:56:58 UTC | BILL_INITIATOR_RETRACT | USD 100.00 | miss you 😘 💦 |

**B. Victim Impact and Restitution**

JF2 has suffered severe emotional trauma and confusion by her victimization in this offense. As noted in the PSR at paragraphs 13-14, JF2's physical and emotional trauma from the forcible sexual assault cannot completely be put into words, however, she describes feeling scared and helpless.

The mother of JF2 has written a victim impact statement describing the "long journey of healing" and consequences that JF2 has suffered as a result of her victimization at the hands of the Defendant, on multiple occasions. *See* Exhibit 1. JF2's mother hopes the Defendant understands "the magnitude of what [he has] done" and "that the choices [Defendant] made had consequences far beyond those moments" and that "[a] child has had to spend years working through something that never should have happened to her." *Id.* Above all, JF2's mother wishes that Defendant takes responsibility for his actions and truly understands the pain he has caused. *Id.*

There are no claims for restitution in this case, at this time.

**C. Guidelines Calculation**

The guidelines calculations will be filed separately in a sentencing summary chart.

**D. Criminal Forfeiture**

There is no criminal forfeiture alleged in this case.

**E. Special Assessment**

The United States agrees that Defendant should pay the $100 special assessment. However, given his lack of assets and the possible length of his sentence, the United States believes Defendant is indigent for the purposes of JVTA. As such, the additional special assessment should not be imposed.

**F. Defendant's History and Characteristics**

In addition to Defendant's prolific recruitment of minors for sex, his history and characteristics, as outlined in the PSR, show three other arrests, two of which involved the concerning behavior of driving under the influence and battery on a spouse/cohabitant.

While not corroborated, Defendant's disclosure in his PSR at paragraph 56 of abuse that occurred one summer in elementary school exacerbates the fact that he chose to abuse children well into his 40s, despite knowing how that would cause a child to feel.

Of the positive factors, his family support of residing with his partner since 2009 is severely undercut by the fact that he shares two children with his partner, ages 7 and 14—the older child being in the same age range of the minors he victimized. As outlined above, Defendant would victimize the minors in this investigation in between picking up his daughter and running errands. Therefore, the positive factors of him being a father is severely undercut by the offense conduct.

The United States believes Defendant poses a third-party risk to minors with whom he may come into contact while in the community based on his history and characteristics. There are no positive or mitigating factors that diminish that risk or justify his conduct.

**G. Government's Sentencing Recommendation**

This Court cannot ignore the totality of his criminal conduct and the number of victims identified in the course of the investigation[1]. Defendant had become so brazen in

[1] The United States agreed to a resolution of one count of attempted coercion and enticement of JF2 to resolve the case and to avoid having multiple victims testify at trial. However, based on the investigation, should this have went to trial, the United States anticipated charging a total of eight counts:

Count 1—JF2 (Enticement/Coercion of Minor)—10 yr MM
Count 2—JF2 (Sex Trafficking of Minor)—10 yr MM
Count 3—JF2 (Sex Trafficking by Force/Coercion)—15 yr MM
Count 4—JF1 (Attempted Sex Trafficking of Minor)—10 yr MM
Count 5—JF1 (Attempted Enactment/Coercion of Minor) —10 yr MM
Count 6—JF3 (Attempted Enticement/Coercion of Minor) —10 yr MM
Count 7—JF3 (Attempted Child Exploitation)—15 yr MM
Count 8—JF4 (Attempted Enticement/Coercion of Minor) —10 yr MM

his criminal acts that he had no hesitation of harassing children into having sex with him, over several years, attempting to recruit their friends or siblings, photographing one victim behind a police car, and calling the police on another victim who's trafficker car-jacked him when he arrived in an alley to pay for sex with the minor. His past and escalating conduct is alarming.

The Defendant purposefully inserted himself into a youth population as their "plug" for marijuana, exploiting their desire for weed, cigarettes, money, and shopping. This is every parent's worst nightmare—a 40-year-old man preying on young girls by getting them intoxicated with alcohol or weed.

This Court has an obligation to provide fair and just punishment to the Defendant, and on behalf of his victims. Defendant's victimization of the most vulnerable members of society—children—is heinous. Therefore, the United States is recommending the high-end of the guidelines given the aggravated nature of Defendant's conduct after incorporating a four-level upward variance to account for the uncharged conduct. Such variance is reasonable in light of the criminal conduct and takes into account all relevant conduct and identified victims.

For these reasons, the United States recommends a sentence of 168 months in custody, followed by 10 years' supervised release.

Date: August 24, 2026

Respectfully submitted,

ADAM GORDON
United States Attorney

*<u>/s/ Lyndzie M. Carter</u>*
LYNDZIE M. CARTER
DEREK KO
Assistant U.S. Attorneys