# EXHIBIT 1

---------- Forwarded message ---------
From: [redacted]
Date: Mon, Aug 24, 2026, 3:54 PM
Subject:
To: [redacted]

Victim Impact Statement

To the Court,

There are no words that can truly describe what it is like to learn that your child has experienced something so horrific. As a mother, one of the deepest pains I have carried is knowing that I could not protect my daughter from something that has changed her life.

What makes this even more painful is knowing that this was not a single incident. [redacted] was violated repeatedly. It happened multiple times, and each time added another layer of trauma to a child who should have been protected.

Since this happened, [redacted] and I have been on a long journey of healing. We have been in therapy three times a week, working through the emotional impact and trying to help her process something no child should ever have to experience.

Three therapy sessions every week may sound simple on paper, but it has changed almost every part of our lives. It means rearranging schedules, missing school, missing work, taking time away from other responsibilities, and giving up time that could have been spent simply living a normal life.

I have had to miss work multiple times to make sure [redacted] gets to therapy and has the support she needs. As her mother, I would do it again because her healing is more important than anything else, but that does not mean there has not been a significant financial and personal cost.

I have had to rearrange my work life around appointments. [redacted] has had to miss school. We have had to plan our lives around therapy and the emotional needs that come with it.

Three times a week, we are reminded that our lives are not what they were before this

happened.

There have also been financial consequences that I never expected to face.

After learning that he was still out on the street and knew where we lived, I became afraid for our safety. I could not continue living in the same place knowing that someone who had repeatedly harmed my daughter knew where to find us.

I made the decision that we needed to move.

Moving is expensive under any circumstances, but moving unexpectedly in San Diego is an enormous financial burden. I had to come up with money for a new deposit and other moving expenses that I had not planned or budgeted for.

These were expenses that I would never have had if my daughter had never been victimized.

I had to find a way to pay for a new place while continuing to pay for our normal living expenses, while also missing work for therapy and everything else required to help my daughter heal.

The financial impact is something people may not always see when they hear about a crime like this.

They hear about the assault, but they don't necessarily see what happens afterward.

They don't see the missed hours of work.

They don't see the therapy appointments.

They don't see the missed days of school.

They don't see the moving expenses.

They don't see the deposits, bills, transportation, and countless other costs that a family can face while trying to keep a child safe and help her recover.

They don't see a mother trying to hold everything together while also trying to heal herself.

Sexual assault does not simply end when the assault is over. The effects can continue long after the physical event has ended. It can affect a survivor's ability to trust, their sense of

safety, their relationships, their emotional well-being, and the way they see themselves and the world around them.

[redacted] was only a child.

She should have been able to grow up feeling safe. She should have been able to trust people without having to carry the fear and consequences that came from what happened to her.

As her mother, I have also had to face my own pain.

I have carried an enormous amount of guilt. I have questioned myself over and over again about what I could have done differently, what I should have taught her, and how I could have protected her better.

There were times when I blamed myself.

But through therapy, reflection, and my faith, I have slowly learned that I cannot change the past. I cannot go back and protect her from what happened. What I can do is take what I have learned and become the mother she needs today.

This experience opened my eyes in ways I never expected. It taught me how important it is to educate our children about the dangers that can exist online, about people who may not be who they appear to be, and about the importance of protecting our children in a world that can sometimes be very dangerous.

As painful as that realization has been, it has also made me a better parent.

I have become more aware. More protective. More present.

And most importantly, I have learned to never take for granted the precious time I have with my daughter.

I also want you to understand that [redacted] was not the only victim.

Your actions have affected the lives of other young girls and their families. Each of those girls has a future, a family, dreams, and a life that should have been protected.

Some of those girls may not have the support that [redacted] has had.

Some may not have access to the therapy and resources they need.

Some may carry their pain silently.

That is something I hope you will never forget.

The impact of your actions reaches much further than the moments when the crimes occurred. It reaches into the lives of the children you hurt, their families, and the people who love them.

Despite all of this, something unexpected came from the darkest time of my life.

I found Jesus.

My relationship with God became a source of strength when I felt like I had nothing left. My faith helped me understand that I did not have to carry this pain by myself.

Isaiah 41:10 says:

"So do not fear, for I am with you; do not be dismayed, for I am your God. I will strengthen you and help you; I will uphold you with my righteous right hand."

There have been moments when I have felt completely broken, but that verse reminds me that God has been with us through every step of this journey.

I want you to know that I do not wish this statement to come from a place of hatred or revenge.

I want it to come from a place of truth.

I want you to understand the magnitude of what you have done.

I want you to understand that the choices you made have had consequences far beyond those moments. A child has had to spend years working through something that never should have happened to her.

I also want you to know that I believe people can change.

My faith teaches me that forgiveness is possible, but forgiveness does not erase accountability. It does not mean that what happened was acceptable. It does not mean that the pain disappears.

True repentance means acknowledging what you have done, taking responsibility, understanding the harm you caused, and making a genuine commitment to never hurt another person again.

I pray that someday you will truly understand the pain you have caused.

I pray that you will take responsibility for your actions.

And I pray that you will seek God with a sincere heart and allow Him to change the person you are.

Through everything, one thing has become very clear to me:

You did not get to take away my daughter's future.

You hurt her.

You violated her trust.

You changed her.

You changed me.

You changed our family.

You forced us to make decisions we never should have had to make.

You created financial burdens we never should have had to carry.

You took away time that should have been spent living a normal life and replaced it with therapy, fear, appointments, missed work, missed school, and constant concern for my daughter's safety.

But you did not take away her ability to heal.

[redacted] is still here.

She is loved.

She is supported.

She is healing.

And she has a mother who will continue standing beside her.

What happened to [redacted] will always be a part of her story, but it will not be the story that defines her.

I want her to know that what happened to her was something that was done to her. It was never her fault. It does not determine her worth. It does not determine the woman she will become. And it does not have the power to take away the beautiful future that God has planned for her.

Romans 8:28 says:

**"And we know that in all things God works for the good of those who love him, who have been